

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00276-CV

MATTHEW K. MCCONAHAY AND          APPELLANTS
CHRISTINE E. MCCONAHAY

V.

TODD PHILLIPS, INDIVIDUALLY,          APPELLEES
NORTHSTAR CROSSING, LTD.,
ARTISAN INVESTMENT GROUP,
LLC, AND LANDVISION
COMPANIES, LLC

------------

## FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Matthew K. McConahay And Christine E. McConahay's Motion To Dismiss Appeal." It is the court's opinion that the motion

---

[1]*See* Tex. R. App. P. 47.4.

should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: November 24, 2010